# USERY & ASSOCIATES

Michele A. Lo Presti-Wouters, Esq.
Admitted in NY, DC and FL

**MAILING ADDRESS:**
**P.O. BOX 2996**
HARTFORD, CT 06104-2996

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

Direct Dial: 631-501-3095
Email: mloprest@travelers.com

May 1, 2025

*VIA ECF*

Hon. Margaret M. Garnett, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Travelers Property Casualty Company of America v. Axis Insurance Company, et al*
Civil Action Number: 1:25-cv-02781
Our Matter Number: 2024074091

Dear Judge Garnett:

The undersigned represents the Plaintiff, Travelers Property Casualty Company of America ("Travelers"), in the above referenced matter. Travelers filed the Declaratory Judgment action on April 3, 2025 [Doc 1]. Both defendants were served on April 17, 2025 [Docs 10 and 11]. To date, there have been no appearances filed on behalf of Axis Insurance Company or Navigators Insurance Company. Pursuant to Your Honor's Notice filed on April 7, 2025, there is an Initial Pretrial Conference scheduled for May 13, 2025, and the parties are ordered to file a joint letter and proposed Civil Case Management Plan and Scheduling Order by May 6, 2025.

At this time, Travelers is requesting an adjournment of the May 13 conference and extension of the deadline to file the joint letter and proposed Civil Case Management Plan and Scheduling Order until the defendants have filed appearances. Travelers is making this request in the interest of judicial efficiency and to avoid unnecessary delays moving forward in order to comply with the Court's deadlines. Thank you in advance for your consideration.

Respectfully,

*/s/ Michele A. Lo Presti-Wouters*

Michele A. Lo Presti-Wouters

/aly

*Not a Partnership or Professional Corporation All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

**HARTFORD, CT • NEW YORK, NY • BLUE BELL, PA • GLENDALE, CA • RANCHO CORDOVA, CA**
**SAN DIEGO, CA • WALNUT CREEK, CA • CHICAGO, IL • NAPERVILLE, IL**

Application GRANTED.  The Initial Pretrial Conference currently scheduled for May 13, 2025, shall be ADJOURNED to **Tuesday, June 10, 2025, at 9:30 a.m.**  The conference shall be held in person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.  In accordance with the Court's Individual Rules & Practices, the parties' joint letter and proposed Civil Case Management Plan and Scheduling Order shall be due no later than **June 3, 2025**.

Plaintiff's counsel is directed to (1) notify counsel for Defendants in this action who have not yet appeared by serving upon each of them a copy of this Order forthwith, and (2) file proof of such service with the Court.  If unaware of the identity of counsel for any Defendant, Plaintiff's counsel must forthwith send a copy of this Order to that party personally.

The Clerk of Court is respectfully directed to terminate Dkt. No. 12.

SO ORDERED.  Date: 5/1/2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE