UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA,

    Case No. 1:25-cv-02781-MMG

Plaintiff,

-against-

AXIS INSURANCE COMPANY and
NAVIGATORS INSURANCE COMPANY,

    **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Defendants.
-----------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Axis Insurance Company and Navigators Insurance Company pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The stipulation may be filed without further notice with the Clerk of Court.

Dated: June 9, 2025

**USERY & ASSOCIATES**

By_____
Michele A. Lo Presti-Wouters, Esq.
*Attorney for Plaintiff*
Telephone: (631) 501-3095
Facsimile: (844) 571-3789
Email: mloprest@travelers.com

Please address all correspondence sent by mail to:
P.O. Box 299
Hartford, CT 06104-2996

Physical Address:
485 Lexington Avenue, 6th Floor
New York NY 10017

**HURWITZ FINE P.C.**

By_____
Dan D. Kohane, Esq.
Isabelle H. LaBarbera, Esq.
*Attorneys for Defendant Axis Insurance Company*
The Liberty Building
424 Main Street, Suite 1300
Buffalo, NY 14202
P: 716-849-8900
F: 716-855-0874
ddk@hurwitzfine.com
ihl@hurwitzfine.com

DILWORTH PAXSON LLP

By /s/ *[signature]*

Thomas E. Schorr, Esq.
*Attorneys for Defendant Navigators Insurance Company*
485 Lexington Avenue, 14th Floor
New York, NY 10017
(609) 734-6180
(215) 893-8537 (fax)
tschorr@dilworthlaw.com